1 | Philip L. Pillsbury, Jr. (State Bar No. 072261)
2 | Richard D. Shively (State Bar No. 104895)
  | Jill N. Cartwright (State Bar No. 209479)
3 | PILLSBURY & LEVINSON, LLP
  | 600 Montgomery Street, 31st Floor
4 | San Francisco, CA 94111
  | (415) 433-8000 - Telephone
5 | (415) 433-4816 – Facsimile

6 | Attorneys for Plaintiffs
7 | UNITED STATES OF AMERICA *EX REL.*; STATE OF CALIFORNIA *EX REL.*;
  | CALIFORNIA ADVOCATES FOR NURSING HOME REFORM;
8 | ISA FOULK; and PHYLLIS PENNINGTON

9 | Stephen M. Hayes (State Bar No. 083583)
  | Stephen P. Ellingson (State Bar No. 136505)
10 | Richard A. Dana (State Bar No. 197403)
  | HAYES, DAVIS, ELLINGSON, McLAY & SCOTT
11 | 203 Redwood Shores Parkway, Suite 480
  | Redwood Shores, CA 94065
12 | (650) 637-9100 – Telephone
  | (650) 637-8071 – Facsimile
13 |

14 | Attorneys for Defendant
  | AMERICAN INTERNATIONAL SPECIALTY LINES
15 | INSURANCE COMPANY

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 |

19 | UNITED STATES OF AMERICA, et al.,   )   Case No. 06-03069 JSW
20 |    )
  |    Plaintiffs,   )   **STIPULATION AND [PROPOSED]**
21 |    )   **ORDER SELECTING ADR PROCESS**
  |    )
22 | v.   )
  |    )
23 | AMERICAN INTERNATIONAL   )
24 | SPECIALTY LINES INSURANCE CO., et   )
  | al.:   )
25 |    )
  |    Defendants.   )
26 |
27 |
28 |

Counsel report that they have met and conferred regarding ADR and have reached

the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties have agreed to participate in Early Neutral Evaluation ("ENE"). The parties have agreed to hold the ENE session by February 1, 2007. This is past the presumptive deadline but after the parties have brought cross-motions for summary judgment, which they anticipate will refine the legal issues in this action.

IT IS SO STIPULATED.                    PILLSBURY & LEVINSON LLP

Dated: 9/13/06                          By _____
                                            Jill N. Cartwright
                                            Attorneys for Plaintiffs


                                        HAYES, DAVIS, ELLINGSON, McLAY & SCOTT

Dated: 9/12/06                          By: _____
                                            Richard A. Dana
                                            Attorneys for Defendant


                            ORDER

    Pursuant to the stipulation of the parties, the captioned matter is hereby referred to ENE. The parties will hold the ENE session by February 1, 2007.


IT IS SO ORDERED.

Dated: _September 14, 2006_             _____
                                        The Honorable Jeffrey S. White

STIPULATON AND [PROPOSED] ORDER SELECTING ADR PROCESS          Case No. 06-03069 JSW