UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *EL REL.*; STATE OF CALIFORNIA *EX REL.*; CALIFORNIA ADVOCATES FOR NURSING HOME REFORM; ISA FOULK; and PHYLLIS PENNINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, and DOES 1 through 20,<br><br>Defendants. | CASE NO. C-06-03069 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE FOR DISPOSITIVE MOTIONS AND FURTHER CASE MANAGEMENT CONFERENCE |

All parties, by and through their respective counsel, hereby stipulate to continue the hearing date for dispositive motions and further case management as follows:

## I.
## RECITALS

1. The parties have been working diligently toward moving this case forward in an efficient, expeditious manner. The parties have participated in the Rule 26 conferences and exchanged the information and documents required by Rule 26. The parties have also exchanged written discovery and responses.

2. Plaintiffs' counsel, Terrence J. Coleman, is the attorney primarily responsible for the day to day handling of this case. As such, he is the only attorney in his office that is intimately familiar with the factual, legal and procedural issues related to the case, including those issues that are likely to be addressed by any potential dispositive motions.

3. In mid-March plaintiffs' counsel, Terrence J. Coleman, became ill and was hospitalized. During his hospitalization, a medical procedure commonly referred to as a "spinal tap" was performed. Mr. Coleman is now suffering from complications following that procedure, including debilitating headaches. As this time it is expected these complications will continue for

133962 - 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DISPOSITIVE MOTIONS AND FURTHER CASE MANAGEMENT CONFERENCE – Case No. C-06-03069 JSW

three additional weeks, such that Mr. Coleman's ability to participate in this litigation has been and will continue to be impacted.

4. Based on this medical necessity, the parties have agreed to stipulate to continue the date currently set for hearing dispositive motions and further case management conference.

Accordingly, the parties hereby stipulate to continuing the hearing date for dispositive motions and further case management conference as follows:

## II.
## STIPULATION

The parties hereby stipulate continuing the hearing date for dispositive motions and further case management conference as follows:

1. Date of Hearing on Dispositive Motions:     July 27, 2007
   (currently May 25, 2007);

2. Date of Further Case Management Conference:     July 27, 2007,
   (immediately following the hearing on dispositive     (currently May 25, 2007);
   motions).

Dated: March 30, 2007     HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP


By:    //s//
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant AISLIC

Dated: March 30, 2007     PILLSBURY & LEVINSON, LLP


By:    //s//
PHILIP L. PILLSBURY, JR.
TERRENCE J. COLEMAN
Attorney for Plaintiffs
UNITED STATES OF AMERICA *EX REL.*; STATE OF CALIFORNIA *EX REL.*; CALIFORNIA ADVOCATES FOR NURSING HOME REFORM; ISA FOULK; AND PHYLLIS PENNINGTON

133962     - 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DISPOSITIVE MOTIONS AND FURTHER CASE MANAGEMENT CONFERENCE – Case No. C-06-03069 JSW

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the hearing date for dispositive motions and further case management conference are continued as follows:

1.  Date of Hearing on Dispositive Motions:     July 27, 2007
    (currently May 25, 2007);

2.  Date of Further Case Management Conference:     July 27, 2007,
    (immediately following the hearing on dispositive motions).     (currently May 25, 2007);

Dated: April 2, 2007

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

133962

- 3 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DISPOSITIVE MOTIONS AND FURTHER CASE MANAGEMENT CONFERENCE – Case No. C-06-03069 JSW