UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *EL REL.*; STATE OF CALIFORNIA *EX REL.*; CALIFORNIA ADVOCATES FOR NURSING HOME REFORM; ISA FOULK; and PHYLLIS PENNINGTON,<br><br>        Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, and DOES 1 through 20,<br><br>        Defendants. | CASE NO.  C-06-03069 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE FOR DISPOSITIVE MOTIONS AND FURTHER CASE MANAGEMENT CONFERENCE** |

All parties, by and through their respective counsel, hereby stipulate to continue the hearing date for dispositive motions and further case management as follows:

## I.
## RECITALS

1.      The parties have been working diligently toward moving this case forward in an efficient, expeditious manner.  The parties have participated in the Rule 26 conferences and exchanged the information and documents required by Rule 26.  The parties have also exchanged written discovery and responses.

2.      The parties have completed briefing on their cross motions for summary judgment. The motions are currently scheduled to be heard on Friday, July 27, 2007 along with a further case management conference.

3.      The motions for summary judgment were previously scheduled for hearing on May 25, 2007.  In or about March 2007, the parties stipulated to continue that hearing date due to medical necessity on the part of plaintiffs' counsel, Terrence J. Coleman.  Mr. Coleman became ill, was hospitalized and his medical condition precluded his ability to participate in this litigation for several weeks.  The parties chose July 27, 2007 as the new date for the motion hearing and case

142151

- 1 -

1  management conference.

2      4.     Counsel for American International Specialty Lines Insurance Company ("AISLIC"),

3  Stephen P. Ellingson, is the attorney responsible for the day to day handling of this matter, and

4  primarily responsible for AISLIC's motion for summary judgment and opposition to plaintiff's

5  motion for summary judgment. As such, Mr. Ellingson is the attorney who is intimately familiar

6  with the factual, legal and procedural issues related to the case, including those issues that are likely

7  to be addressed at the hearing of the parties' cross motions for summary judgment.

8      5.     Due to an oversight, a previously planned vacation was not on Mr. Ellingson's

9  calendar when the hearing was continued from May 25, 2007 to July 27, 2007. As such, Mr.

10  Ellingson did not realize he would be out-of-state the entire week of July 23, 2007 and therefore

11  unavailable for a hearing on July 27, 2007. Mr. Ellingson did not realize the current hearing date

12  fell during this vacation until Monday, July 16, 2007. He immediately asked Mr. Coleman to

13  stipulate to a short continuance of the hearing and Mr. Coleman agreed.

14      6.     For these reasons, the parties respectfully request the court to continue the July 27,

15  2007 hearing on the dispositive motions and further case management conference to August 10,

16  2007, which is the earliest mutually available date for counsel, or as soon thereafter as the court is

17  available.

18  
## II.
### STIPULATION

19  
20  The parties hereby stipulate continuing the hearing date for dispositive motions and further

case management conference as follows:

21  
22      1.    Date of Hearing on Dispositive Motions:    August 10, 2007
    (currently July 27, 2007);

23      2.    Date of Further Case Management Conference:    August 10, 2007,
    (immediately following the hearing on dispositive    (currently July 27, 2007);
    motions).

24  
25  
26  ///

27  ///

28  ///

142151

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DISPOSITIVE MOTIONS AND
FURTHER CASE MANAGEMENT CONFERENCE – Case No. C-06-03069 JSW

Dated: July _16_, 2007        HAYES DAVIS BONINO ELLINGSON
                               McLAY & SCOTT, LLP


                               By: _____
                                   STEPHEN M. HAYES
                                   STEPHEN P. ELLINGSON
                                   JAMIE A. RADACK
                                   Attorneys for Defendant AISLIC


Dated: July _____, 2007     PILLSBURY & LEVINSON, LLP


                               By: _____
                                   PHILIP L. PILLSBURY, JR.
                                   TERRENCE J. COLEMAN
                                   Attorney for Plaintiffs
                                   UNITED STATES OF AMERICA *EX REL.*; STATE
                                   OF CALIFORNIA *EX REL.*; CALIFORNIA
                                   ADVOCATES FOR NURSING HOME
                                   REFORM; ISA FOULK; AND PHYLLIS
                                   PENNINGTON


### [PROPOSED] ORDER

Pursuant to the parties' stipulation, the hearing date for dispositive motions and further case management conference are continued as follows:

1.  Date of Hearing on Dispositive Motions:        ~~July 27, 2007~~
                                                   (currently May 25, ~~2007~~);

2.  Date of Further Case Management Conference:    ~~July 27, 2007,~~
    (immediately following the hearing on dispositive   (currently May 25, ~~2007~~);
    motions).


Dated: _____, 2007        _____
                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT
                                     COURT JUDGE


142151                              - 3 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DISPOSITIVE MOTIONS AND
FURTHER CASE MANAGEMENT CONFERENCE – Case No. C-06-03069 JSW

Dated: July _____, 2007

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By: _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant AISLIC

Dated: July 16, 2007

PILLSBURY & LEVINSON, LLP

By: _____
PHILIP L. PILLSBURY, JR.
TERRENCE J. COLEMAN
Attorney for Plaintiffs
UNITED STATES OF AMERICA *EX REL.*; STATE
OF CALIFORNIA *EX REL.*; CALIFORNIA
ADVOCATES FOR NURSING HOME
REFORM; ISA FOULK; AND PHYLLIS
PENNINGTON

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, the hearing date for dispositive motions and further case management conference are continued as follows:

1. Date of Hearing on Dispositive Motions: September 7, 2007 at 9:00 a.m. ~~July 27, 2007~~ (currently May 25, 2007):

2. Date of Further Case Management Conference: (immediately following the hearing on dispositive motions). September 7, 2007 at 9:00 a.m. ~~July 27, 2007~~ (currently May 25, 2007);

Dated: \_\_July 23_____, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT
COURT JUDGE

142151

- 3 -