IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL*,;<br>STATE OF CALIFORNIA *EX REL*.;<br>CALIFORNIA ADVOCATES FOR<br>NURSING HOME REFORM; ISA FOULK;<br>and PHYLLIS PENNINGTON,<br><br>   Plaintiffs,<br><br>   v.<br><br>AMERICAN INTERNATIONAL<br>SPECIALTY LINES INSURANCE<br>COMPANY, and DOES 1 through 20,<br><br>   Defendants.<br>_____/ | No. C 06-03069 JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

The Court HEREBY VACATES the hearing and case management conference currently set for September 7, 2007. Pursuant to Civil Local Rule 3-12(c), the Court FURTHER ORDERS that the above-captioned case is referred to Judge Charles R. Breyer to determine whether it is related to *United States of America Ex Rel.; State of California Ex Rel.; California Advocates for Nursing Home Reform; Isa Foulk and Phyllis Pennington v. Lenox Healthcare, Inc.; Lenox Healthcare of Mill Valley, LLC; Thomas M. Clarke and Linda M. Clark*, Case No. 99-0651 CRB.

**IT IS SO ORDERED.**

Dated: September 5, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE