IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL, CALIFORNIA ADVOCATES FOR NURSING HOME REFORM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LENEX HEALTHCARE, et al., <br><br> Defendants. | No. C 99-00651 CRB <br><br> **ORDER** |

    The Court concludes that this action is NOT related to <u>United States of America Ex Rel, California Advocates For Nursing Home Reform v. American International Specialty Line Ins. Co.</u>, 06-3069 JSW.

**IT IS SO ORDERED.**

Dated: Sep. 20, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\1999\0651\orderrerelatedcase.wpd